1

2

3

4

**FILED**
CLERK, U.S. DISTRICT COURT

8/30/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          No. 2:21-cr-00406 -RGK

11            Plaintiff,               I N F O R M A T I O N

12            v.                       [18 U.S.C. § 1017: Wrongful Use and
                                       Transfer of Documents Bearing
13  DEREK FUTEMA,                      Fraudulent Government Seals]

14            Defendant.

15

16       The Acting United States Attorney charges:

17                    [18 U.S.C. § 1017]

18       On or about December 27, 2016, in Los Angeles County, within the

19  Central District of California, defendant DEREK FUTEMA fraudulently

20  and wrongfully used and transferred to another a certificate,

21  instrument, commission, document, and paper, to which and upon which

22  the seal of a department and agency of the United States, namely,

23  //

24  //

25

26

27

28

United States Customs and Border Protection, had been fraudulently affixed and impressed, with knowledge of its fraudulent character.

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes
Section

DAVID R. FRIEDMAN
Assistant United States Attorney
Criminal Appeals Section